In the Matter of the Application of CARRIE B. EATON, Appellant, for Construction of the Will of HENRY C. WILLCOX, Deceased.

LILLIAN EDWARDS et al., Respondents.

*Will — bequest to employees who had been employed continuously for five years prior to death of testator — employee does not take who, after nine years' service resigned, and five years la er was re-employed and so continued until death of testator two years thereafter.*

*Matter of Willcox*, 222 App. Div. 622, affirmed.
(Submitted May 3, 1928; decided May 29, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1928, which reversed a decree of the New York County Surrogate's Court construing the will of Henry C. Willcox, deceased. Testator, by his will, bequeathed " the sum of Twenty thousand dollars, to be divided equally among those employees of the American Surety Company of New York, including Miss Lillian Edwards, who have been employed in the Legal Department of the company at its Home office continuously for five years or more prior to my decease, and whose salaries do not exceed the sum of Three Thousand dollars per annum   *   *   *."

The petitioner was employed continuously in the legal department of the American Surety Company from January 4, 1909, to January 3, 1920, when she resigned. On February 6, 1925, she was again employed by the American Surety Company and about a month thereafter was assigned to the legal department where she continued to serve until testator's death, February 26, 1927. The Appellate Division held that petitioner was not entitled to share under the bequest.

*Milton P. Kupfer, Samuel H. Kaufman, Earl James Garey* and *Eugene L. Garey* for appellant.

*Allan C. Rowe* and *George A. Kues* for respondents.

Prepared by State Reporter from Appeal Papers

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: POUND, J.

---

JAMES M. MORTENSEN, Respondent, *v.* MAGOBA CONSTRUCTION COMPANY, INC., Appellant, Impleaded with Another.

*Negligence — building — general contractor liable for injury to employee of subcontractor injured through giving way of floor installed by another subcontractor.*

*Mortensen* v. *Magoba Constr. Co., Inc.*, 222 App. Div. 773, affirmed. (Argued May 3, 1928; decided May 29, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.   Defendant-appellant was the general contractor erecting a building. Plaintiff was employed by a subcontractor.   Another subcontractor had installed concrete flooring on the first floor and its workmen had placed bags of cement on a portion thereof.   While plaintiff was walking across this floor it gave way and he was precipitated into the cellar, receiving the injuries complained of.

*George J. Stacy* and *James J. Mahoney* for appellant.
*Harold R. Medina* and *Jacquin Frank* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: POUND, J.

37